Opinion issued April 19, 2022



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-22-00235-CV

—————————————

**ZETAH LOUIS, AS NEXT FRIEND OF KHASEEN ISRAEL-BARNEY AND ABCDE PETERSON, MINOR CHILDREN, Appellant**

**V.**

**COREY JUJUAN WILLIAMS, Appellee**

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Case No. 490,130**

---

### MEMORANDUM OPINION

Appellant, Zetah Louis, as next friend of the minor children Khaseen Israel-Barney and Abcde Peterson, has filed a petition for permissive appeal seeking to challenge an interlocutory order denying her pretrial motion to apply Georgia law to determine the issue of parentage. *See* TEX. CIV. PRAC. & REM. CODE

§ 51.014(d); TEX. R. APP. P. 28.3. To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE § 51.014(d); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168. Because we conclude that the petition fails to establish each requirement of Rule 28.3(3)(e)(4), we deny the petition for permissive appeal. *See* TEX. R. APP. P. 28.3(e)(4).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.